UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case Number: 05-14075-CR-MARTINEZ

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JUAN GERALDO ARREDONDO,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Report and Recommendation issued by United States Magistrate Judge Peter R. Palermo, on May 29, 2009. The Report and Recommendations recommends to this Court, that counsel Allen S. Kaufman, Esq, be paid **$7,754.72** for his representation of the defendant in this matter. Accordingly, the Court has considered the Report and Recommendation, counsel's response to the Magistrate Judge's Report and Recommendations, and the pertinent parts of the record, for the reasons stated in the Report of the Magistrate Judge, and upon independent review of the file and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that United States Magistrate Judge Peter R. Palermo's Report and Recommendation is hereby **ADOPTED and AFFIRMED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this \_18\_ day of June, 2009.

                                          JOSE E. MARTINEZ
                                          UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Peter R. Palermo
Allen S. Kaufman, Esq
Lucy Lara, CJA Administrator